UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILAGROS FRANCO,

                Plaintiff,

      -against-                          **ORDER**

LTS CENTURY BUILDING LLC, BARNES &       19 Civ. 9846 (ER)
NOBLE, INC., and BARNES & NOBLE
BOOKSELLERS, INC.,

                Defendants.

RAMOS, D.J.:

      The court-ordered mediation in this case was held but was unsuccessful in resolving any issue in the case. The parties are hereby directed to submit a joint status report regarding the case by **March 18, 2022.**

      It is SO ORDERED.

Dated: March 11, 2022
         New York, New York

                                                                       Edgardo Ramos, U.S.D.J.