# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Avenue, 17th Floor
New York, New York 10022
Telephone: 212.492.2500
Facsimile:  212.492.2501
www.ogletreedeakins.com

Evan B. Citron
212.492.2068
evan.citron@ogletree.com

## MEMO ENDORSED

April 14, 2023

**VIA ECF**

> Defendants' request for an extension, until April 28, 2023, to file a stipulation of dismissal is granted. SO ORDERED.
>
> *s/ Edgardo Ramos*
> Edgardo Ramos, U.S.D.J.
> Dated: April 17, 2023
> New York, New York

The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

Re:   *Franco v. LTS Century Building, LLC et al.*, 19-cv-09846 (ER)

Dear Judge Ramos:

We represent Defendants LTS Century Building, LLC, Barnes & Noble, Inc., and Barnes & Noble Booksellers, Inc. (collectively, "Defendants") in the above-referenced matter.  In accordance with Rule 1.E of Your Honor's Individual Practices, with Plaintiff's consent, and for the reasons summarized below, we respectfully write to request an extension of the parties' time to file a stipulation of dismissal from April 14, 2023 until April 28, 2023.

Although, as Defendants previously noted, the parties have finalized their Settlement Agreement (the "Agreement"), and Defendants have transmitted the settlement payment pursuant to the terms of the Agreement, Defendants, as between themselves, continue to work toward finalizing other details pertaining to certain non-monetary relief provided for under the Agreement. As Defendants must finalize those outstanding items prior to the filing of the stipulation of dismissal, and Plaintiff's filing of a stipulation of remediation, we respectfully request the relief sought herein, which, in Defendants' view, will afford them sufficient time to do so.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

By: *s/ Evan B. Citron*
       Evan B. Citron

cc:    All counsel of record (via ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

55992730.v1-OGLETREE