UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILAGROS FRANCO,

                Plaintiff,

– *against* –

LTS CENTURY BUILDING, LLC, BARNES & NOBLE, INC. *and* BARNES & NOBLE BOOKSELLERS, INC.,

                Defendants.

**ORDER**

19-cv-9846 (ER)

Ramos, D.J.:

On October 24, 2019, Milagros Franco brought this action against Defendants LTS Century Building, LLC, Barnes & Noble, Inc., and Barnes & Noble Booksellers, Inc., alleging violations of the Americans with Disabilities Act, New York State Executive Law, Administrative Code of the City of New York, and New York State Civil Rights Law. Doc. 1. Franco filed an amended complaint on July 28, 2021. Doc. 35. On August 17, 2023, the parties jointly filed a stipulation of remediation, which the Court signed. Docs. 90, 91. The stipulation noted that "Defendants shall complete the [] Remediation within nine months of the date that this Stipulation is So Ordered by the Court" and that "[w]ithin twenty (20) days of the completion of the [] Remediation, defendants shall certify that they have performed the [] Remediation by providing a certification certifying to the Court that, as completed, the items compromising the [] Remediation comply with the 2010 Standards." Doc. 91. On April 11, 2025, the Court directed the parties to submit a status letter by April 18, 2025. Doc. 92. On April 18, 2025, the parties filed a status letter, noting that they expect to file a certification of completion with the Court the following week. Doc. 93.

Since then, there has been no activity in this case. The parties are directed to submit a status letter by July 18, 2025.

It is SO ORDERED.

Dated: July 9, 2025
New York, New York

_____
Edgardo Ramos, U.S.D.J.