UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILAGROS FRANCO,

                    Plaintiff,

– against –

LTS CENTURY BUILDING, LLC, BARNES &
NOBLE, INC. and BARNES & NOBLE
BOOKSELLERS, INC.,

                    Defendants.

**ORDER**

19-cv-9846 (ER)

RAMOS, D.J.:

On October 24, 2019, Milagros Franco brought this action against defendants LTS

Century Building, LLC, Barnes & Noble, Inc., and Barnes & Noble Booksellers, Inc., alleging

violations of the Americans with Disabilities Act, New York State Executive Law, Administrative

Code of the City of New York, and New York State Civil Rights Law.  Doc. 1.  On August 17,

2023, the parties jointly filed a stipulation of remediation, which the Court signed.  Docs. 90, 91.

The stipulation noted that the "[d]efendants shall complete the [] Remediation within nine

months of the date that this Stipulation is So Ordered by the Court" and that "[w]ithin twenty

(20) days of the completion of the [] Remediation, [the] defendants shall certify that they have

performed the [] Remediation by providing a certification certifying to the Court that, as

completed, the items compromising the [] Remediation comply with the 2010 Standards."  Doc.

91.  The defendants filed the certification with the Court on December 9, 2025.  Doc. 96.

The Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated:    December 10, 2025
          New York, New York

_____
          Edgardo Ramos, U.S.D.J.

2